IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, ) | |
| RICARDO WRIGHT, ) | |
| BERYL JACKSON, ) | |
| TRACEY MARTIN, LISA ) | CIVIL ACTION NO.: |
| PITCHFORD, KIMBERLEY LOVE ) | CV- |
| ) | |
| PLAINTIFFS, ) | JURY DEMAND 2:06 CV 785-MHT |
| ) | |
| v. ) | |
| ) | |
| U.S. FOODSERVICE, INC., and ) | |
| U.S. FOODSERVICE, INC. - ) | |
| MONTGOMERY DIVISION ) | |
| ) | |
| DEFENDANT. ) | |

### SUMMONS

TO DEFENDANT:   U.S. Foodservice, Inc.
c/o CSC Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, Alabama 36104

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorney: Jon C. Goldfarb, WIGGINS, CHILDS, QUINN & PANTAZIS, LLC, The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, a response to the Complaint which is herewith served upon you, within **TWENTY** (20) days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                                9/5/06
CLERK OF COURT                                                              DATE
By: _William C. R_____

Deputy Clerk

AO 440 (Rev. 5/85) Summons In A Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____
Returned unexecuted: _____

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____
          Date

_____
Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER,<br>RICARDO WRIGHT,<br>BERYL JACKSON,<br>TRACEY MARTIN, LISA<br>PITCHFORD, KIMBERLEY LOVE<br><br>PLAINTIFFS,<br><br>v.<br><br>U.S. FOODSERVICE, INC., and<br>U.S. FOODSERVICE, INC. -<br>MONTGOMERY DIVISION<br><br>DEFENDANT. | )<br>)<br>)<br>) CIVIL ACTION NO.: 2:06 CV 785 - MHT<br>)<br>)<br>) JURY DEMAND<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS

TO DEFENDANT:   U.S. Foodservice, Inc. - Montgomery Division
c/o CSC Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, Alabama 36104

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff's attorney: Jon C. Goldfarb, WIGGINS, CHILDS, QUINN & PANTAZIS, LLC, The Kress Building, 301 19th Street North, Birmingham, Alabama 35203, a response to the Complaint which is herewith served upon you, within **TWENTY** (20) days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                                        9/5/06
CLERK OF COURT                                                       DATE
By: _William C. R____
Deputy Clerk

AO 440 (Rev. 5/85) Summons In A Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____
Returned unexecuted: _____

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____    _____
　　　　　　　　Date　　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.