| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X D Brown   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): D Brown   C. Date of Delivery: 9/6/06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>U.S. Foodservice, Inc.<br>Montgomery Division<br>c/o CSC Lawyers Incorporating Service, Inc.<br>150 South Perry Street<br>Montgomery, AL 36104 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label): 7004 2510 0006 0034 2204 | |
| PS Form 3811, August 2001   Domestic Return Receipt   06cv785 S&C | 102595-02-M-1540 |