| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _D Brown_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): D Brown    C. Date of Delivery: 9/6/06 |
| 1. Article Addressed to:<br>U.S. Foodservice, Inc.<br>c/o CSC Lawyers Incorporating Service, Inc.<br>150 South Perry Street<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0006 0034 2211 |
| PS Form 3811, August 2001    Domestic Return Receipt | 102595-02-M-1540 |

06cv785 S+C