# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, LISA PITCHFORD, KIMBERLY LOVE, )<br><br>Plaintiffs, )<br><br>v. )<br><br>U.S. FOODSERVICE, INC. and U.S. FOODSERVICE, INC. - MONTGOMERY DIVISION, )<br><br>Defendants. ) | CIVIL ACTION NO.:<br>2:06cv785-MHT |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING ITS RESPONSIVE PLEADING

Defendant U.S. Foodservice, Inc.[1] moves the Court to extend the time for it to file a responsive pleading from September 26, 2006 to October 10, 2006, for the following reasons:

1. Defendant was served on September 6, 2006. The Complaint contains six plaintiffs and numerous factual allegations related to each individual plaintiff. Defendant needs additional time to investigate the allegations and formulate a response to the Complaint.

---

[1] Plaintiffs also named "U.S. Foodservice, Inc. – Montgomery Division" as a defendant. However, no such legal entity exists.

2. The undersigned contacted plaintiffs' counsel, and plaintiffs do not oppose this Motion.

3. Plaintiffs will not be prejudiced by this short extension.

Respectfully submitted,

s/ Tammy L. Baker
Tammy L. Baker (ASB-9522-B62T)
tbaker@constangy.com
CONSTANGY, BROOKS & SMITH, LLC
1819 Fifth Avenue North
One Federal Place, Suite 900
Birmingham, Alabama  35203
Phone:  (205) 226-5466
Fax:  (205) 323-7674

ATTORNEY FOR DEFENDANTS,
U.S. FOODSERVICE, INC. and
U.S. FOODSERVICE, INC. –
MONTGOMERY DIVISION

## CERTIFICATE OF SERVICE

    I hereby certify that on September 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jon C. Goldfarb, Esq.
> Maury S. Weiner, Esq.
> Ethan R. Dettling, Esq.
> Wiggins, Childs, Quinn & Pantazis, LLC
> 301 19th Street North
> Birmingham, Alabama  35203

                                             s/ Tammy L. Baker
                                             Tammy L. Baker