IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CALVIN FLUKER, et al.,          )
                                )
    Plaintiffs,                  )
                                )       CIVIL ACTION NO.
    v.                           )        2:06cv785-MHT
                                )
U.S. FOODSERVICE, INC.,          )
and U.S. FOODSERVICE,            )
INC.- MONTGOMERY DIVISION,       )
                                )
    Defendant.                   )
```

ORDER

It is ORDERED that the motion to extend deadline (Doc. No. 5) is granted.

DONE, this the 27th day of October, 2006.

          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE