IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN FLUKER, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv785-MHT |
| | ) | |
| U.S. FOODSERVICE, INC., | ) | |
| and U.S. FOODSERVICE, | ) | |
| INC.- Montgomery Division, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the motion to sever (doc. no. 9) is set for submission, without oral argument, on October 17, 2006, with all briefs due by said date.

DONE, this the 10th day of October, 2006.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE