# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, LISA PITCHFORD, KIMBERLY LOVE, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO.: ) 2:06cv785-MHT |
| U.S. FOODSERVICE, INC. and U.S. FOODSERVICE, INC. - MONTGOMERY DIVISION, | ) ) ) ) |
| Defendants. | ) |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING REPORT OF PARTIES' PLANNING MEETING

Defendant U.S. Foodservice, Inc.[1] moves the Court to enlarge the deadline for filing the Report of Parties' Planning Meeting, for the following reasons:

1.  The deadline for filing the Report of Parties' Planning Meeting in this case is October 17, 2006.

2.  On October 9, 2006, defendant filed a Motion to Sever plaintiffs' claims pursuant to Rule 21 of the Federal Rules of Civil Procedure. The Court set the motion for submission on October 17, 2006, with all briefs due by said date.

---

[1] Plaintiffs also named "U.S. Foodservice, Inc. – Montgomery Division" as a defendant. However, no such legal entity exists.

3. As this Court's ruling on the motion will significantly impact the parties' decisions on how to proceed with the litigation of this matter, the parties request that the deadline for filing the Report of Parties' Planning Meeting be extended fourteen (14) days from the date the Court rules on defendant's pending motion.

4. The undersigned contacted plaintiffs' counsel, and plaintiffs do not oppose this motion.

5. Plaintiffs will not be prejudiced by this short extension.

Based on the foregoing, the parties respectfully request that this Court enlarge the deadline for filing the Report of Parties' Planning Meeting.

Respectfully submitted,

*/s/Tamula R. Yelling*
Tammy L. Baker (ASB-9522-B62T)
E-mail: tbaker@constangy.com
Direct Dial No.: (205) 226-5466
Tamula R. Yelling (ASB-9447-E61T)
E-Mail: tyelling@constangy.com
Direct Dial No.: (205) 226-5471
CONSTANGY, BROOKS & SMITH, LLC
1819 Fifth Avenue North
One Federal Place, Suite 900
Birmingham, Alabama 35203
Fax: (205) 323-7674

ATTORNEY FOR DEFENDANTS,
U.S. FOODSERVICE, INC. and
U.S. FOODSERVICE, INC. –
MONTGOMERY DIVISION

## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jon C. Goldfarb, Esq.
>Maury S. Weiner, Esq.
>Ethan R. Dettling, Esq.
>Wiggins, Childs, Quinn & Pantazis, LLC
>301 19th Street North
>Birmingham, Alabama  35203

                                        *s/ Tamula R. Yelling*
                                        Tamula R. Yelling