IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, et al.,            )<br>                                   )<br>    Plaintiffs,                   )<br>                                   )<br>    v.                             )<br>                                   )<br>U.S. FOODSERVICE, INC.,            )<br>and U.S. FOODSERVICE,              )<br>INC.- Montgomery Division,         )<br>                                   )<br>    Defendant.                     ) | CIVIL ACTION NO.<br>2:06cv785-MHT |

ORDER

It is ORDERED as follows:

(1) The motion to extend deadline (doc. no. 11) is granted.

(2) The parties are allowed until November 3, 2006, to file their Rule 26(f) report.

DONE, this the 17th day of October, 2006.

                             /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE