IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **CALVIN FLUKER, et al.,** ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06cv785-MHT |
| ) | |
| **U.S. FOODSERVICE, INC.,** ) | |
| **and U.S. FOODSERVICE,** ) | |
| **INC.- Montgomery Division,** ) | |
| ) | |
|    Defendant. ) | |

### ORDER

It is ORDERED that the motion to sever (doc. no. 9) is denied. If, after discovery, it should appear that severance is nonetheless warranted, the court will reconsider the issue.

DONE, this the 18th day of October, 2006.

                                     /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**