# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, RICARDO ) <br> WRIGHT, BERYL JACKSON, ) <br> TRACEY MARTIN, LISA ) <br> PITCHFORD, KIMBERLY LOVE, ) <br>    ) <br> Plaintiffs, ) <br>    ) <br> v.  ) <br>    ) <br>    ) <br> U.S. FOODSERVICE, INC. and ) <br> U.S. FOODSERVICE, INC. - ) <br> MONTGOMERY DIVISION, ) <br>    ) <br> Defendants. ) | CIVIL ACTION NO.: <br> 2:06cv785-MHT |

## REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on November 2, 2006, via telephone, and was attended by:

   Jon C. Goldfarb, attorney for plaintiffs;

   Tammy L. Baker, attorney for defendant U.S. Foodservice, Inc.[1]

2.  **Pre-Discovery Disclosures.** By **December 10, 2006**, the parties will exchange the information required by Local Rule 26.1(a)(1).

---

[1] Plaintiffs also named "U.S. Foodservice, Inc. – Montgomery Division" as a defendant. However, no such legal entity exists.

67839.1

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the claims that plaintiffs properly have before the Court, defendant's affirmative defenses, and the alleged damages of plaintiffs.

All discovery should be commenced in time to be completed by **October 2, 2007.**[2]

<u>Interrogatories</u>  (Responses due 30 days after service)

Maximum of 25 interrogatories (including discrete subparts) by each party to any other party.

<u>Requests for Production of Documents</u>   (Responses due 30 days after service)

Maximum of 30 requests for production (including discrete subparts) by each party to any other party.

<u>Requests for Admissions</u>  (Responses due 30 days after service)

Maximum of 25 requests for admissions (including discrete subparts) by each party to any other party.

<u>Depositions</u> – Depositions shall be limited to a maximum of seven (7) hours each unless extended by agreement of the parties or by direction of the Court.

---

[2] Due to the fact that there are multiple plaintiffs in this matter and each plaintiff makes multiple claims against defendant, the parties are in need of a significant amount of time in which to complete discovery.

Maximum of 20 depositions by plaintiffs collectively and 20 depositions by defendant (in addition to plaintiffs).

<u>Experts</u> – Reports from retained experts under Fed. R. Civ. P. 26(a)(2) due:

from plaintiffs by **May 24, 2007**; and

from defendant by **June 28, 2007.**

Supplementations under Fed. R. Civ. P. 26(e)(1) are an ongoing and continuous requirement, but must be made no later than 30 days before the close of discovery.

4. **Other Items.**

The parties do not request a conference with the Court before entry of the scheduling order.

The parties request a pretrial conference in **December 2007**.

The parties disagree on the deadlines for joining additional parties or amending the pleadings. Defendant would like the deadlines to be **December 14, 2006** for plaintiffs, and **January 14, 2007** for defendant. Plaintiffs would like the deadlines to be **May 15, 2007** for plaintiffs, and **June 15, 2007** for defendant.

All potentially dispositive motions should be filed by **August 31, 2007**.

The parties have discussed whether this action may be suitable for mediation under the Court's Alternative Dispute Resolution Plan. Until some discovery is

conducted, the parties do not believe mediation would be productive.  The parties will inform the Court when and if it appears that this case is suitable for mediation.

Final lists of witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) should be due:

      from plaintiffs by 30 days before trial; and

      from defendant by 30 days before trial.

Parties should have 15 days after service of final lists of witnesses and exhibits to identify and serve objections under Fed. R. Civ. P. 26(a)(3).

The case should be ready for the trial docket of **January 28, 2008.**  At this time, the number of trial days necessary is difficult to estimate.

Respectfully submitted this 3rd day of November, 2006.

| ATTORNEYS FOR PLAINTIFFS: | ATTORNEYS FOR DEFENDANT: |
|---|---|
| *s/ Jon C. Goldfarb* | *s/ Tammy L. Baker* |
| Jon C. Goldfarb (GOL015) | Tammy L. Baker (ASB-9522-B62T) |
| Maury S. Weiner (WEI021) | E-mail: tbaker@constangy.com |
| Ethan R. Dettling (DET001) | Direct Dial No.:  (205) 226-5466 |
| **Wiggins, Childs, Quinn & Pantazis, LLC** | Tamula R. Yelling (ASB-9447-E61T) |
| 301 19th Street North | E-Mail: tyelling@constangy.com |
| Birmingham, Alabama 35203 | Direct Dial No.:   (205) 226-5471 |
| Phone:  (205) 314-0500 | **Constangy, Brooks & Smith, LLC** |
| Facsimile:  (205) 254-1500 | 1819 Fifth Avenue North |
| | One Federal Place, Suite 900 |
| | Birmingham, Alabama  35203 |
| | Fax:  (205) 323-7674 |

4

67839.1