IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, et al.,          )<br>                                )<br>    Plaintiffs,                 )<br>                                )<br>    v.                          )<br>                                )<br>U.S. FOODSERVICE, INC.,         )<br>and U.S. FOODSERVICE,           )<br>INC.- Montgomery Division,      )<br>                                )<br>    Defendants.                 ) | CIVIL ACTION NO.<br>2:06cv785-MHT |

### ORDER

It is ORDERED that the motion for leave to amend complaint (doc. no. 17) is granted. The court assumes that the defendants have no objections to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 26th day of January, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE