IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv785-MHT |
| ) | |
| U.S. FOODSERVICE, INC., ) | |
| and U.S. FOODSERVICE, ) | |
| INC.- Montgomery Division, ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is ORDERED that defendants' opposition (doc. no. 19) is treated as an objection and said objection is set for submission, without oral argument, on February 21, 2007, with all briefs due by said date.

DONE, this the 7th day of February, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE