IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CALVIN FLUKER, et al.,         )
                               )
    Plaintiffs,                )
                               )     CIVIL ACTION NO.
    v.                         )       2:06cv785-MHT
                               )
U.S. FOODSERVICE, INC.,        )
and U.S. FOODSERVICE,          )
INC.- Montgomery Division,     )
                               )
    Defendants.                )
```

## ORDER

It is ORDERED that defendants' objection to amendment (doc. no. 19) is overruled. If, after discovery, it should appear that the case of the new plaintiff should be tried separately, the court will reconsider the issue.

DONE, this the 22nd day of February, 2007.

                                              /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE