IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CALVIN FLUKER, et al.,            )
                                  )
    Plaintiffs,                   )
                                  )        CIVIL ACTION NO.
    v.                            )         2:06cv785-MHT
                                  )
U.S. FOODSERVICE, INC.,           )
and U.S. FOODSERVICE,             )
INC.- Montgomery Division,        )
                                  )
    Defendants.                   )

ORDER

It is ORDERED that the motion for leave to amend (Doc. No. 24) is granted.  The court assumes that the defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 6th day of March, 2007.


                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE