# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, CALVIN FLUKER, LISA PITCHFORD, KIMBERLY LOVE, RESHANDA BROWN,<br><br>  Plaintiffs,<br><br>v.<br><br>U.S. FOODSERVICE, INC. and U.S. FOODSERVICE, INC. - MONTGOMERY DIVISION,<br><br>  Defendants. | CIVIL ACTION NO.:<br>2:06cv785-MHT |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, defendant U.S. Foodservice, Inc.[1] submits the following Disclosure Statement. U.S. Foodservice, Inc. is a wholly-owned, indirect subsidiary of Koninklijke Ahold NV ("Ahold"). U.S. Foodservice, Inc. is not a publicly traded company. It is an affiliated subsidiary of Ahold, a publicly traded company. Ahold's shares are listed in Amsterdam and as ADRs on the New York Stock Exchange ("AHO").

---

[1] Plaintiffs also named "U.S. Foodservice, Inc. – Montgomery Division" as a defendant. However, no such legal entity exists.

173176.1

Respectfully submitted,

 /s/ Tammy L. Baker
Tammy L. Baker, ASB-9522-B62T
E-Mail:  tbaker@constangy.com
Direct Dial:  205-226-5466
Tamula R. Yelling, ASB-9447-E61T
E-Mail:  tyelling@constangy.com
Direct Dial:  205-226-5471

**CONSTANGY, BROOKS & SMITH, LLC**
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama  35203
Facsimile:  205-323-7674

**ATTORNEYS FOR DEFENDANT**
**U.S. FOODSERVICE, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

> Jon C. Goldfarb, Esq.
> Maury S. Weiner, Esq.
> Ethan R. Dettling, Esq.
> Wiggins, Childs, Quinn & Pantazis, LLC
> 301 19th Street North
> Birmingham, Alabama 35203

 /s/ Tammy L. Baker
Counsel of Record