# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, LISA PITCHFORD, KIMBERLY LOVE, )<br>)<br>)<br>)<br>)<br><br>    Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. FOODSERVICE, INC. and )<br>U.S. FOODSERVICE, INC. - )<br>MONTGOMERY DIVISION, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.:<br>   2:06cv785-MHT |

## <u>NOTICE OF CHANGE OF ADDRESS</u>

Please be advised that Tammy L. Baker has joined the firm of Jackson Lewis LLP.  Please forward copies of all pleadings, correspondence, etc. to Ms. Baker at the address listed below.

Respectfully submitted,

*s/ Tammy L. Baker*
Tammy L. Baker (ASB-9522-B62T)
E-Mail:  BakerT@jacksonlewis.com
JACKSON LEWIS LLP
2001Park Place North
Suite 650
Birmingham, Alabama 35203
Phone:  (866) 919-6075

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on May 24, 2007, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

Jon C. Goldfarb, Esq.
Maury S. Weiner, Esq.
Ethan R. Dettling, Esq.
Wiggins, Childs, Quinn & Pantazis, LLC
301 19th Street North
Birmingham, AL 35203

*/s/ Tammy L. Baker*
Counsel of Record