IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, LISA PITCHFORD, KIMBERLY LOVE, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOODSERVICE, INC. and U.S. FOODSERVICE, INC. - MONTGOMERY DIVISION, <br><br> Defendants. | CIVIL ACTION NO.: <br> 2:06cv785-MHT |

## MOTION TO WITHDRAW

Constangy, Brooks & Smith, LLC needs to withdraw as counsel of record for defendant in the above-entitled action. Tammy L. Baker, formerly of Constangy, Brooks & Smith, LLC, has joined the law firm of Jackson Lewis LLP and defendant has elected to retain that firm to represent it further in this matter.

Respectfully submitted,

*/s/ Tamula R. Yelling*
Tamula R. Yelling, ASB-9447-E61T
E-Mail: tyelling@constangy.com
Direct Dial: 205-226-5471
**CONSTANGY, BROOKS & SMITH, LLC**
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama 35203
Facsimile: 205-323-7674

198566.1

## CERTIFICATE OF SERVICE

    I hereby certify that on May 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

>Jon C. Goldfarb, Esq.
>Maury S. Weiner, Esq.
>Ethan R. Dettling, Esq.
>Wiggins, Childs, Quinn & Pantazis, LLC
>301 19th Street North
>Birmingham, Alabama 35203

>/s/ Tamula R. Yelling
>Counsel of Record