```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CALVIN FLUKER, et al.,        )
                              )
     Plaintiffs,              )
                              )    CIVIL ACTION NO.
     v.                       )      2:06cv785-MHT
                              )
U.S. FOODSERVICE, INC.,       )
and U.S. FOODSERVICE,         )
INC.- Montgomery Division,    )
                              )
     Defendants.              )
```

                                ORDER

It is ORDERED that the motion to withdraw (Doc. No. 31) is granted.

DONE, this the 4th day of June, 2007.

                              /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE