# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, LISA PITCHFORD, KIMBERLY LOVE, <br><br>    Plaintiffs, <br><br> v. <br><br> U.S. FOODSERVICE, INC. and U.S. FOODSERVICE, INC. - MONTGOMERY DIVISION, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   CIVIL ACTION NO.: <br>  2:06cv785-MHT |

## UNOPPOSED MOTION TO EXTEND DEADLINES

Defendant U.S. Foodservice, Inc. moves this Court to extend all pending deadlines. In support of this motion, defendant states as follows:

1.    Counsel for defendant recently left their law firm and have opened the new office of a national law firm. There has been some delay in having the physical and electronic files transferred from defense counsel's former firm.

2.    If granted, the following deadlines would apply:

Discovery –January 18, 2008

Expert Report from Plaintiff – August 22, 2007

Expert Report from Defendant – September 26, 2007

      <u>Dispositive Motions</u> –January 15, 2008

      <u>Settlement Conference</u> – February 5, 2008

      <u>Pre-Trial Conference</u> – March 19, 2008

      <u>Trial</u> – Court Term Commencing June 23, 2008

3.     This motion is not opposed by counsel for plaintiff.

        Respectfully submitted,

        *s/ Tammy L. Baker*
        Tammy L. Baker (ASB-9522-B62T)
        E-Mail: BakerT@jacksonlewis.com
        JACKSON LEWIS LLP
        2001 Park Place North
        Suite 650
        Birmingham, Alabama 35203
        Phone: (866) 919-6075

        **COUNSEL FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

This is to certify that on June 8, 2007, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

>Jon C. Goldfarb, Esq.
>Maury S. Weiner, Esq.
>Ethan R. Dettling, Esq.
>Wiggins, Childs, Quinn & Pantazis, LLC
>301 19th Street North
>Birmingham, AL 35203

*/s/ Tammy L. Baker*
Counsel of Record