IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, et al.,      )<br>                             )<br>    Plaintiffs,             )<br>                             )<br>    v.                       )<br>                             )<br> U.S. FOODSERVICE, INC.,     )<br> and U.S. FOODSERVICE,       )<br> INC.- Montgomery Division,  )<br>                             )<br>    Defendants.              ) | CIVIL ACTION NO.<br>2:06cv785-MHT |

ORDER

It is ORDERED as follows:

(1) The motion to extend (Doc. No. 33) is granted to the extent set forth in this order only.

(2) The uniform scheduling order (Doc. No. 16) is modified in the following respects:

(A) The pretrial is reset for May 19, 2008, and the trial is reset for term of court beginning on June 23, 2008, with all deadlines expressly tied to these two dates adjusted accordingly.

      (B) The deadline for completing discovery is extended to January 18, 2008.

      (C)  The deadlines for expert reports are extended to August 22, 2007, for plaintiffs and September 26, 2007, for defendants.

      (D) All other deadlines are unchanged.

DONE, this the 11th day of June, 2007.

                                                /s/ Myron H. Thompson  
                                         **UNITED STATES DISTRICT JUDGE**