**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **RICARDO WRIGHT, BERYL** | ) | |
| **JACKSON, TRACEY MARTIN,** | ) | |
| **CALVIN FLUKER, LISA** | ) | |
| **PITCHFORD, KIMBERLY LOVE,** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:06cv785-MHT** |
| **PLAINTIFFS,** | ) | |
| | ) | **JURY DEMAND** |
| **V.** | ) | |
| | ) | |
| **U.S. FOODSERVICE, INC. and** | ) | |
| **U.S. FOODSERVICE, INC. -** | ) | |
| **MONTGOMERY DIVISION,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Comes now, Melissa N. Tapp, of the law firm Wiggins, Childs, Quinn &

Pantazis, L.L.C, The Kress Building, 301 19th St. N., Birmingham, Alabama 35203,

and hereby appears as additional counsel for Plaintiff Amanda Brown, in the above-

styled case.

DATED: June 19, 2007

                                                            Respectfully submitted,

                                                            s/Melissa N. Tapp
                                                            Jon C. Goldfarb
                                                            Ethan R. Dettling
                                                            Melissa N. Tapp
                                                            Counsel for Plaintiff

1

**OF COUNSEL:**

Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been properly filed with the Clerk of Court using the CM/ECF system which will electronically notify the following counsel of record:

Tammy L. Baker, Esq.,
Jackson Lewis, LLP
2001 Park Place North, Suite 650
Birmingham, AL 35203

on this the   19th   day of June , 2007.


                                        s/Jon C. Goldfarb
                                        OF COUNSEL