# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, CALVIN FLUKER, LISA PITCHFORD, KIMBERLY LOVE, <br><br>    PLAINTIFFS, <br><br>V. <br><br>U.S. FOODSERVICE, INC. and U.S. FOODSERVICE, INC. - MONTGOMERY DIVISION, <br><br>    DEFENDANTS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION NO.: 2:06cv785-MHT** <br><br>**JURY DEMAND** |

## MOTION TO COMPEL

**COME NOW**, Plaintiffs, by and through counsel, and move this Honorable Court, pursuant to Rule 37 of the Federal Rules of Civil Procedure, to enter an Order compelling Defendants to produce information and documents in response to Plaintiffs' First Discovery Requests. In support of this motion, Plaintiffs state as follows:

1.    During the course of discovery, Plaintiffs have attempted to obtain certain information from the Defendant, as well as documents necessary for Plaintiffs' case. Despite numerous communications through telephone conversations, e-mails,

1

and letters, Plaintiffs have been unable to obtain responses to their discovery requests that were sent as early as January 2007. A brief summary of the parties' attempts to resolve this dispute before involving this Court follows, and evidence of said communications is attached hereto.

2. On January 16, 2007, Plaintiffs Martin, Pitchford, Fluker, Jackson and Wright served the Defendants with their First Discovery Requests. On January 26, 2007, Plaintiff Love served the Defendants with her First Discovery Requests. On April 3, 2007, Plaintiff Brown served the Defendants with her First Discovery Requests. Accordingly, Defendants' responses were due on or before thirty-three (33) days after service of the first discovery requests, at the latest. See Fed. R. Civ. P. 33(b)(3) and 34(b)(establishing the deadline for responsive submissions as 30 days).

3. On March 15, 2007, Plaintiffs' counsel wrote Defendants' counsel a letter stating that "it has been approximately two months since we served Defendant with the Fluker, Pitchford, Jackson, Wright and Martin discovery requests and six weeks since we served the Love discovery requests." (EX 1). The letter demanded that Defendants respond to Plaintiffs' discovery by March 23, 2007, or otherwise be forced to respond to a Motion to Compel. *Id*. Plaintiffs' counsel stressed that they did not desire the Court's involvement in this issue, but also that Defendant's delay

was prejudicial. *Id.* No responses were received by March 24, 2007.

4. On April 12, 2007, Plaintiffs counsel again wrote Defendants' counsel a letter confirming that mediation was not possible and that no reason exists for any discovery delays. (EX 2). Plaintiffs' counsel specifically stated the following: "[w]hile we disagree that there was ever an agreement that the Defendant should not timely respond to Plaintiff's pending discovery requests until a decision on mediation was made, we are willing to agree to giving Defendant until April 27, 2007, to properly respond." *Id.* The letter also stated that Plaintiffs will seek an Order from the Court compelling Defendants' responses if Defendants failed to comply with Plaintiffs' good faith extension. *Id.* However, by April 28, 2007, no responses were received.

5. On May 3, 2007, Plaintiffs' counsel wrote Defendants' counsel a letter reiterating the need for Defendants' discovery responses. (EX 3). The letter stated that Plaintiff's counsel had not heard from Defendants' counsel on this matter despite the fact that three weeks passed since Plaintiffs gave notice that mediation was not a possible avenue. *Id.* The letter also stated that Plaintiffs' counsel did not desire to involve this Court in any discovery disputes, but also that Plaintiffs' counsel would be forced to file a Motion to Compel if adequate responses were not given by Monday, May 7, 2007. *Id.* Once again, Defendants failed to respond.

6. On May 8, 2007, Plaintiffs' counsel communicated with Defendants' counsel through e-mail and, once again, informed Defendants' counsel that delays in responding to Plaintiffs' counsel were unacceptable and that Defendants have "not produced a single document despite discovery requests that have been pending for months." (EX 4). Further, Plaintiffs' counsel explicitly stated that "we are not willing to wait almost an additional month for Defendants' discovery responses." *Id*. Despite this e-mail correspondence, no responses were given.

7. On May 24, 2007, Plaintiffs' counsel wrote a letter to Defendants' counsel confirming that Plaintiffs granted an extension to Defendants to respond to any outstanding discovery requests until June 5, 2007. (EX 5). The letter also stated that Plaintiffs' counsel would file a Motion to Compel within five (5) calendar days of June 5, 2007, if no responses were received. *Id*. Despite this generous extension, Plaintiffs' counsel received nothing from Defendants.

8. On June 15, 2007, Plaintiffs' counsel wrote Defendants' counsel another letter stating that, "[b]ased on our telephone conversation when you said you could not have the documents available on June 5th, I represented to my clients that the documents would be here on June 14th as we agreed." (EX 6). Further, the letter stated that Plaintiffs' counsel is "now left with no choice but to file a motion to compel next week, unless I receive the outstanding discovery documents by

Monday." *Id.*

9.   No documents or responses were received by Plaintiffs' counsel by Monday, June 18, 2007. Moreover, no additional extensions, either verbal or written, were given following the June 15, 2007, letter.

10.   In summary, having conferred with Defendants' counsel by telephone calls, e-mails, and letters to no avail, Plaintiffs now turn to this Court for resolution.

11.   Based upon the above evidence of communication and pursuant to Rule 37(a)(2)(b) of the Federal Rules of Civil Procedure, Plaintiffs certify that they have conferred or attempted to confer in good faith with Defendants' counsel to secure the information or material sought without court action.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Honorable Court enter an Order compelling Defendants to produce information and documents in response to Plaintiffs' First Discovery Requests.

        Respectfully submitted,

        s/Jon. C. Goldfarb
        Jon C. Goldfarb (GOL015)
        Ethan R. Dettling (DET001)
        Melissa N. Tapp (TAP005)
        Counsel for Plaintiffs

**OF COUNSEL:**

Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

     I hereby certify that I have filed a true and correct copy of the above and foregoing document the Clerk of Court using the CM/ECF system which will electronically notify the following counsel of record:

Tammy L. Baker, Esq.,
Jackson Lewis, LLP
2001 Park Place North, Suite 650
Birmingham, AL 35203

on this the __19th__ day of __June__, 2007.

                                                      s/Jon C. Goldfarb
                                                      OF COUNSEL

1

LAW OFFICES

# WIGGINS, CHILDS, QUINN & PANTAZIS

A LIMITED LIABILITY COMPANY

| | | |
|---|---|---|
| ROBERT L. WIGGINS, JR. | | MAURY S. WEINER |
| ROBERT F. CHILDS, JR. | | EDWARD McF. JOHNSON |
| C. MICHAEL QUINN | | *LORI B. KISCH |
| DENNIS G. PANTAZIS | | *ERIC BACHMAN |
| TERRILL W. SANDERS | LOUIS SILBERMAN 1889-1976 | HERMAN N. JOHNSON, JR. |
| RICHARD J. EBBINGHOUSE | | TEMPLE D. TRUEBLOOD |
| ANN K. WIGGINS | WILBUR G. SILBERMAN 1919-2003 | H. WALLACE BLIZZARD |
| SAMUEL FISHER | | KEVIN W. JENT |
| ANN C. ROBERTSON | | JENNIFER WIGGINS SMITH |
| JOSEPH H. CALVIN, III | | MINTREL D. MARTIN |
| DEBORAH A. MATTISON | | SUSAN DONAHUE |
| TIMOTHY B. FLEMING* | THE KRESS BUILDING | BENJAMIN J. DeGWECK |
| JON C. GOLDFARB | THREE HUNDRED ONE - NINETEENTH STREET NORTH | JOSHUA D. WILSON |
| GREGORY O. WIGGINS | BIRMINGHAM, ALABAMA 35203 | *KEIR BICKERSTAFFE |
| ROCCO CALAMUSA, JR. | 205-314-0500 | TONI BRAXTON |
| BRIAN M. CLARK | 205-254-1500 (FAX) | *JULIENE JAMES |
| RUSSELL W. ADAMS | | ETHAN R. DETTLING |
| CRAIG L. LOWELL | | *Not Licensed in Alabama |

March 15, 2007

**Via U.S. Mail & Facsimile (205) 323-7674**
Tammy L. Baker, Esq.
Tamula R. Yelling, Esq
CONSTANGY, BROOKS & SMITH LLC
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama 35203

    RE:    Calvin Fluker, et al., v U.S. Foodservice, Inc., et al.
              Civil Action No.: 2:06-cv-785-MHT
              C/M No.: 15524-1

Dear Counsel:

       I am writing regarding the defendant's failure to provide discovery responses in this case. As you are aware, it has been approximately two months since we served the defendant with the Fluker, Pitchford, Jackson, Wright, and Martin discovery requests and six weeks since we served the Love discovery requests. To date, all the defendant has provided are objections. If we do not receive responses to plaintiffs' discovery requests by Friday, March 23, 2007, we will be forced to file a motion to compel. We look forward to receiving the responses, as there is no reason to involve the Court with this type of discovery issue. However, the defendant's delay is potentially very prejudicial to the plaintiffs.

                                                        Very truly yours,

                                                        Maury S. Weiner

MSW/lms
Enclosures

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                0084
RECIPIENT ADDRESS       3237874
DESTINATION ID
ST. TIME                03/15 17:33
TIME USE                00'16
PAGES SENT              1
RESULT                  OK
```

LAW OFFICES

# WIGGINS, CHILDS, QUINN & PANTAZIS

A LIMITED LIABILITY COMPANY

ROBERT L. WIGGINS, JR.
ROBERT F. CHILDS, JR.
C. MICHAEL QUINN
DENNIS C. PANTAZIS
TERRILL W. SANDERS
RICHARD J. EBBINGHOUSE
ANN K. WIGGINS
SAMUEL FISHER
ANN C. ROBERTSON
JOSEPH H. CALVIN, III
DEBORAH A. MATTISON
TIMOTHY B. FLEMING*
JON C. GOLDFARB
GREGORY O. WIGGINS
ROCCO CALAMUSA, JR.
BRIAN M. CLARK
RUSSELL W. ADAMS
CRAIG L. LOWELL

LOUIS SILBERMAN 1889-1976

WILBUR G. SILBERMAN 1919-2003

THE KRESS BUILDING
THREE HUNDRED ONE - NINETEENTH STREET NORTH
BIRMINGHAM, ALABAMA 35203
205-314-0500
205-254-1500 (FAX)

MAURY S. WEINER
EDWARD McF. JOHNSON
•LORI B. KISCH
*ERIC BACHMAN
HERMAN N. JOHNSON, JR.
TEMPLE D. TRUEBLOOD
H. WALLACE BLIZZARD
KEVIN W. JENT
JENNIFER WIGGINS SMITH
MINTREL D. MARTIN
SUSAN DONAHUE
BENJAMIN J. DeGWECK
JOSHUA D. WILSON
*KEIR BICKERSTAFFE
TONI BRAXTON
*JULIENE JAMES
ETHAN R. DETTLING

March 15, 2007

<u>Via U.S. Mail & Facsimile (205) 323-7674</u>
Tammy L. Baker, Esq.
Tamula R. Yelling, Esq
CONSTANGY, BROOKS & SMITH LLC
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama 35203

    RE:    Calvin Fluker, et al., v U.S. Foodservice, Inc., et al.
            Civil Action No.: 2:06-cv-785-MHT
            C/M No.: 15524-1

Dear Counsel:

        I am writing regarding the defendant's failure to provide discovery responses in this case. As you are aware, it has been approximately two months since we served the defendant with the Fluker, Pitchford, Jackson, Wright, and Martin discovery requests and six weeks since we served the Love discovery requests. To date, all the defendant has provided are objections. If we do not receive responses to

# 2

Case 2:06-cv-00785-MHT-WC    Document 36-3    Filed 06/19/2007    Page 1 of 3

LAW OFFICES

# WIGGINS, CHILDS, QUINN & PANTAZIS

A LIMITED LIABILITY COMPANY

| | | |
|---|---|---|
| ROBERT L. WIGGINS, JR. | | MAURY S. WEINER |
| ROBERT F. CHILDS, JR. | | EDWARD McF. JOHNSON |
| C. MICHAEL QUINN | | *LORI B. KISCH |
| DENNIS G. PANTAZIS | | *ERIC BACHMAN |
| TERRILL W. SANDERS | LOUIS SILBERMAN 1889-1976 | HERMAN N. JOHNSON, JR. |
| RICHARD J. EBBINGHOUSE | | TEMPLE D. TRUEBLOOD |
| ANN K. WIGGINS | WILBUR G. SILBERMAN 1919-2003 | H. WALLACE BLIZZARD |
| SAMUEL FISHER | | KEVIN W. JENT |
| ANN C. ROBERTSON | | JENNIFER WIGGINS SMITH |
| JOSEPH H. CALVIN, III | | MINTREL D. MARTIN |
| DEBORAH A. MATTISON | | SUSAN DONAHUE |
| TIMOTHY B. FLEMING* | THE KRESS BUILDING | JOSHUA D. WILSON |
| JON C. GOLDFARB | THREE HUNDRED ONE - NINETEENTH STREET NORTH | *KEIR BICKERSTAFFE |
| GREGORY O. WIGGINS | BIRMINGHAM, ALABAMA 35203 | TONI BRAXTON |
| ROCCO CALAMUSA, JR. | 205-314-0500 | *JULIENE JAMES |
| BRIAN M. CLARK | 205-254-1500 (FAX) | ETHAN R. DETTLING |
| RUSSELL W. ADAMS | | |
| CRAIG L. LOWELL | | CANDIS A. McGOWAN |
| | | OF COUNSEL |

April 12, 2007

<u>Via U.S. Mail & Facsimile (205) 323-7674</u>
Tammy L. Baker, Esq.
CONSTANGY, BROOKS & SMITH LLC
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama 35203

      RE:    Calvin Fluker, et al., v U.S. Foodservice, Inc., et al.
              Civil Action No.: 2:06-cv-785-MHT
              C/M No.: 15524-1

Dear Tammy:

      I am writing to inform you that the plaintiffs are not interested in pursuing mediation with the condition that they leave their employment. As the plaintiffs who are current employees are solid performers and have never been disruptive, there is simply no reason that the defendant require the plaintiff's to resign in order to settle this case. However, since that is the defendant's position, discovery should proceed without further delay. While we disagree that there was ever an agreement that the defendant should not timely respond to plaintiffs' pending discovery requests until a decision on mediation was made, we are willing to agree to giving the defendant until April 27, 2007, to properly respond. If we do not receive complete responses by that time, we will have no choice but to file a motion to compel.

                                                    Very truly yours,

                                                    Maury S. Weiner

MSW/lms

www.constangy.com

**From:** Maury S. Weiner [mailto:MWeiner@wcqp.com]
**Sent:** Monday, May 07, 2007 4:00 PM
**To:** Baker, Tammy
**Cc:** Jon Goldfarb
**Subject:** US FOODSERVICE

Tammy,

I am attaching a copy of the letter that I faxed and mailed to you on April 12, 2007.

Maury

**\*\*CONFIDENTIALITY NOTICE\*\***

This communication, including any attachments, is from Constangy, Brooks & Smith, LLC, and contains confidential information intended only for the addressee(s). The information contained in this transmission may also be privileged and/or subject to attorney work-product protection, and exempt from disclosure under applicable law. If you are not the intended recipient,any use, dissemination, distribution or copying of this document or its contents is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail immediately and destroy all copies of the original message.

6/19/2007

4

# Melissa Tapp

| | |
|---|---|
| **From:** | Maury S. Weiner |
| **Sent:** | Tuesday, May 08, 2007 9:29 AM |
| **To:** | 'Baker, Tammy' |
| **Cc:** | Jon Goldfarb; 'Yelling, Tam'; Melissa Tapp |
| **Subject:** | RE: US FOODSERVICE |

Tammy,

We have proof that the letter informing you that the plaintiffs were not interested in mediation was faxed on April 12th. Also, our assistant has a specific recollection of sending the letter. Your delay in answering the discovery in this case is entirely unacceptable. Simply because we have discussed mediation in the past is not a license for the defendant to refuse to answer discovery. Moreover, while I disagree with you in large part about the substance of our last conversation, it has been a month since that conversation and you have done nothing to either try to schedule mediation or answer plaintiffs' discovery. In fact, you have done nothing but stall in this case, and then blame us for any delay. The dispositive motion deadline in this case is in mid-September, and the defendant has not produced a single document despite discovery requests that have been pending for months. We have a duty to our clients to prosecute this case, and at this juncture in the case, we are not willing to wait almost an additional month for the defendant's discovery responses.

Maury

---

**From:** Baker, Tammy [mailto:tbaker@constangy.com]
**Sent:** Monday, May 07, 2007 4:26 PM
**To:** Maury S. Weiner
**Cc:** Jon Goldfarb
**Subject:** RE: US FOODSERVICE

Maury,

We keep a log of all incoming mail and faxes, and I just double-checked the log for every single day in April. We did not receive this letter -- either via fax or regular mail any time in April. I also checked with my assistant, and she confirmed that we did not receive this letter.

Therefore, I am just now finding out that none of the plaintiffs are interested in mediation (contrary to earlier conversations). Thus, I am requesting three weeks to respond to the numerous requests. In addition, please give me dates when I can depose plaintiffs. Of course, I will not depose them until you have your responses.

Thanks,
Tammy

Tammy L. Baker
Constangy, Brooks & Smith, LLC
*The Employer's Law Firm, Since 1946*
1819 Fifth Avenue North
Suite 900, One Federal Place
Birmingham, Alabama 35203
(205) 226-5466 - Direct
(205) 515-2313 - Cell
(205) 323-7674 - Fax

6/19/2007

5

Case 2:06-cv-00785-MHT-WC     Document 36-6     Filed 06/19/2007     Page 1 of 2

LAW OFFICES

# WIGGINS, CHILDS, QUINN & PANTAZIS

A LIMITED LIABILITY COMPANY

ROBERT L. WIGGINS, JR.
ROBERT F. CHILDS, JR.
C. MICHAEL QUINN
DENNIS G. PANTAZIS
TERRILL W. SANDERS
RICHARD J. EBBINGHOUSE
ANN K. WIGGINS
SAMUEL FISHER
ANN C. ROBERTSON
JOSEPH H. CALVIN, III
DEBORAH A. MATTISON
TIMOTHY B. FLEMING*
JON C. GOLDFARB
GREGORY O. WIGGINS
ROCCO CALAMUSA, JR.
BRIAN M. CLARK
RUSSELL W. ADAMS
CRAIG L. LOWELL
EDWARD McF. JOHNSON
MAURY S. WEINER

LOUIS SILBERMAN 1889-1976

WILBUR G. SILBERMAN 1919-2003

THE KRESS BUILDING
THREE HUNDRED ONE - NINETEENTH STREET NORTH
BIRMINGHAM, ALABAMA 35203
205-314-0500
205-254-1500 (FAX)

*LORI B. KISCH
*ERIC BACHMAN
HERMAN N. JOHNSON, JR.
TEMPLE D. TRUEBLOOD
H. WALLACE BLIZZARD
KEVIN W. JENT
JENNIFER WIGGINS SMITH
SUSAN DONAHUE
JOSHUA D. WILSON
*KEIR BICKERSTAFFE
TONI BRAXTON
*JULIENE JAMES
ETHAN R. DETTLING
JAMES V. DOYLE, JR.
RACHEL LEE McGINLEY
MELISSA N. TAPP

CANDIS A. McGOWAN
OF COUNSEL
*Not Licensed in Alabama

May 24, 2007

**Via Facsimile and U.S. Mail**
Tammy L. Baker
JACKSON LEWIS, LLP
2001 Park Place Tower
Suite 650
Birmingham, AL 35203

      RE:    Calvin Fluker, et al., v U.S. Foodservice, Inc., et al.
             Civil Action No.: 2:06-cv-785-MHT
             C/M No.: 15524-1

Dear Tammy:

     I am writing to confirm that we have agreed to allow the defendant until June 5, 2007 to provide complete responses to plaintiffs' discovery requests, including documents. Plaintiffs will file a motion to compel within five calendar days of June 5th, if the defendant does not comply with the terms of the extension.

                                      Sincerely,

                                      Maury S. Weiner

MSW/lms

# 6

LAW OFFICES

# WIGGINS, CHILDS, QUINN & PANTAZIS

A LIMITED LIABILITY COMPANY

| | | |
|---|---|---|
| ROBERT L. WIGGINS, JR.<br>ROBERT F. CHILDS, JR.<br>C. MICHAEL QUINN<br>DENNIS G. PANTAZIS<br>TERRILL W. SANDERS<br>RICHARD J. EBBINGHOUSE<br>ANN K. WIGGINS<br>SAMUEL FISHER<br>ANN C. ROBERTSON<br>JOSEPH H. CALVIN, III<br>DEBORAH A. MATTISON<br>TIMOTHY B. FLEMING*<br>JON C. GOLDFARB<br>GREGORY O. WIGGINS<br>ROCCO CALAMUSA, JR.<br>BRIAN M. CLARK<br>RUSSELL W. ADAMS<br>CRAIG L. LOWELL<br>EDWARD McF. JOHNSON<br>MAURY S. WEINER | LOUIS SILBERMAN 1889-1976<br><br>WILBUR G. SILBERMAN 1919-2003<br><br>THE KRESS BUILDING<br>THREE HUNDRED ONE - NINETEENTH STREET NORTH<br>BIRMINGHAM, ALABAMA 35203<br>205-314-0500<br>205-254-1500 (FAX) | *LORI B. KISCH<br>*ERIC BACHMAN<br>HERMAN N. JOHNSON, JR.<br>TEMPLE D. TRUEBLOOD<br>H. WALLACE BLIZZARD<br>KEVIN W. JENT<br>JENNIFER WIGGINS SMITH<br>SUSAN DONAHUE<br>JOSHUA D. WILSON<br>*KEIR BICKERSTAFFE<br>TONI BRAXTON<br>*JULIENE JAMES<br>ETHAN R. DETTLING<br>JAMES V. DOYLE, JR.<br>RACHEL LEE McGINLEY<br>MELISSA N. TAPP<br><br>CANDIS A. McGOWAN<br>OF COUNSEL |

June 15, 2007

Via Email bakert@jacksonlewis.com
Tammy L. Baker, Esq.,
Jackson Lewis, LLP
2001 Park Place North
Suite 650
Birmingham, AL 35203

    RE:   Calvin Fluker, et al., v U.S. Foodservice, Inc., et al.
           Civil Action No.: 2:06-cv-785-MHT
           C/M No.: 15524-1

Dear Tammy:

    Based on our telephone conversation when you said you could not have the documents available on June 5th, I represented to all of my clients that the documents would be here on June 14th as we agreed. I have once again had to tell my clients that no discovery has come from the defendants. To say the least, they are a little upset out with me. I am now left with no choice but to file a motion to compel next week, unless I receive the outstanding discovery documents by Monday.

Very truly yours,

Jon C. Goldfarb

JCG/lms

3

LAW OFFICES

# WIGGINS, CHILDS, QUINN & PANTAZIS

A LIMITED LIABILITY COMPANY

ROBERT L. WIGGINS, JR.
ROBERT F. CHILDS, JR.
C. MICHAEL QUINN
DENNIS G. PANTAZIS
TERRILL W. SANDERS
RICHARD J. EBBINGHOUSE
ANN K. WIGGINS
SAMUEL FISHER
ANN C. ROBERTSON
JOSEPH H. CALVIN, III
DEBORAH A. MATTISON
TIMOTHY B. FLEMING*
JON C. GOLDFARB
GREGORY O. WIGGINS
ROCCO CALAMUSA, JR.
BRIAN M. CLARK
RUSSELL W. ADAMS
CRAIG L. LOWELL

LOUIS SILBERMAN 1889-1976

WILBUR G. SILBERMAN 1919-2003

THE KRESS BUILDING
THREE HUNDRED ONE - NINETEENTH STREET NORTH
BIRMINGHAM, ALABAMA 35203
205-314-0500
205-254-1500 (FAX)

MAURY S. WEINER
EDWARD McF. JOHNSON
*LORI B. KISCH
*ERIC BACHMAN
HERMAN N. JOHNSON, JR.
TEMPLE D. TRUEBLOOD
H. WALLACE BLIZZARD
KEVIN W. JENT
JENNIFER WIGGINS SMITH
MINTREL D. MARTIN
SUSAN DONAHUE
JOSHUA D. WILSON
*KEIR BICKERSTAFFE
TONI BRAXTON
*JULIENE JAMES
ETHAN R. DETTLING

CANDIS A. McGOWAN
OF COUNSEL
*Not Licensed in Alabama

May 3, 2007

**Via U.S. Mail & Facsimile (205) 323-7674**
Tammy L. Baker, Esq.
CONSTANGY, BROOKS & SMITH LLC
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama 35203

  RE: Calvin Fluker, et al., v U.S. Foodservice, Inc., et al.
     Civil Action No.: 2:06-cv-785-MHT
     C/M No.: 15524-1

Dear Tammy:

  It has been three weeks since we informed you that the plaintiffs were not interested in mediation because of the defendant's terms and reiterated the defendant needs to respond to discovery requests that have been pending for months. We have not heard from you since that time, and we cannot understand why the defendant refuses to answer discovery. We have made every attempt to avoid pursuing this matter with the Court, but we need the requested information in order to pursue the plaintiffs' claims. Thus, if we do not receive adequate responses by Monday, May 7, 2007, we will file a motion to compel.

              Very truly yours,

              Maury S. Weiner