IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, CALVIN FLUKER, LISA PITCHFORD, KIMBERLY LOVE,** ) ) ) ) ) | **CIVIL ACTION NO.: 2:06cv785-MHT** |
| **PLAINTIFFS,** ) ) | **JURY DEMAND** |
| V. ) ) | |
| **U.S. FOODSERVICE, INC. and U.S. FOODSERVICE, INC. - MONTGOMERY DIVISION,** ) ) ) ) | |
| **DEFENDANTS.** ) ) | |

**MOTION TO SUBSTITUTE EXHIBIT 3 TO
PLAINTIFFS' MOTION TO COMPEL**

COME NOW Plaintiffs, in the above-styled cause and request this Court's permission to substitute the attached Exhibit 3 for Exhibit 3 to Plaintiffs' Motion to Compel filed on June 19, 2007. Plaintiffs had originally attached a "working copy" of the exhibit instead of the signed copy. Substituting this Exhibit will cause no prejudice to Defendants.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Honorable Court enter an Order granting Plaintiffs' Motion to Substitute the

1

attached Exhibit 3 for the Exhibit 3 to Plaintiffs' Motion to Compel filed on June 19, 2007.

Respectfully submitted,

s/Jon. C. Goldfarb
Jon C. Goldfarb (GOL015)
Ethan R. Dettling (DET001)
Melissa N. Tapp (TAP005)
Counsel for Plaintiffs

**OF COUNSEL:**
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a true and correct copy of the above and foregoing document the Clerk of Court using the CM/ECF system which will electronically notify the following counsel of record:

Tammy L. Baker, Esq.,
Jackson Lewis, LLP
2001 Park Place North, Suite 650
Birmingham, AL 35203

on this the  19th   day of June , 2007.

s/Jon C. Goldfarb
OF COUNSEL

**3**

LAW OFFICES

# WIGGINS, CHILDS, QUINN & PANTAZIS

A LIMITED LIABILITY COMPANY

ROBERT L. WIGGINS, JR.
ROBERT F. CHILDS, JR.
C. MICHAEL QUINN
DENNIS G. PANTAZIS
TERRILL W. SANDERS
RICHARD J. EBBINGHOUSE
ANN K. WIGGINS
SAMUEL FISHER
ANN C. ROBERTSON
JOSEPH H. CALVIN, III
DEBORAH A. MATTISON
TIMOTHY B. FLEMING*
JON C. GOLDFARB
GREGORY O. WIGGINS
ROCCO CALAMUSA, JR.
BRIAN M. CLARK
RUSSELL W. ADAMS
CRAIG L. LOWELL

LOUIS SILBERMAN 1889-1976

WILBUR G. SILBERMAN 1919-2003

THE KRESS BUILDING
THREE HUNDRED ONE - NINETEENTH STREET NORTH
BIRMINGHAM, ALABAMA 35203
205-314-0500
205-254-1500 (FAX)

MAURY S. WEINER
EDWARD McF. JOHNSON
*LORI B. KISCH
*ERIC BACHMAN
HERMAN N. JOHNSON, JR.
TEMPLE D. TRUEBLOOD
H. WALLACE BLIZZARD
KEVIN W. JENT
JENNIFER WIGGINS SMITH
MINTREL D. MARTIN
SUSAN DONAHUE
JOSHUA D. WILSON
*KEIR BICKERSTAFFE
TONI BRAXTON
*JULIENE JAMES
ETHAN R. DETTLING

CANDIS A. McGOWAN
OF COUNSEL
*Not Licensed in Alabama

May 3, 2007

<u>Via U.S. Mail & Facsimile (205) 323-7674</u>
Tammy L. Baker, Esq.
CONSTANGY, BROOKS & SMITH LLC
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama 35203

    RE:    Calvin Fluker, et al., v U.S. Foodservice, Inc., et al.
             Civil Action No.: 2:06-cv-785-MHT
             C/M No.: 15524-1

Dear Tammy:

    It has been three weeks since we informed you that the plaintiffs were not interested in mediation because of the defendant's terms and reiterated the defendant needs to respond to discovery requests that have been pending for months. We have not heard from you since that time, and we cannot understand why the defendant refuses to answer discovery. We have made every attempt to avoid pursuing this matter with the Court, but we need the requested information in order to pursue the plaintiffs' claims. Thus, if we do not receive adequate responses by Monday, May 7, 2007, we will file a motion to compel.

                                          Very truly yours,

                                          Maury S. Weiner