IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV785-MHT |
| | ) |
| U.S. FOODSERVICE, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of Plaintiffs' Motion to Substitute Exhibit 3 to Plaintiffs' Motion to Compel (Doc. #37), filed on June 21, 2007, and for the reasons provided in that motion, it is

ORDERED that the motion (Doc. #37) is GRANTED.

DONE this 22nd day of June, 2007.

                                                /s/ Wallace Capel, Jr.
                                                WALLACE CAPEL, JR.
                                                UNITED STATES MAGISTRATE JUDGE