IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, RICARDO ) <br> WRIGHT, BERYL JACKSON, ) <br> TRACY MARTIN, LISA ) <br> PITCHFORD, KIMBERLY LOVE, ) <br>　) <br>　Plaintiffs, ) <br>　) <br> v. ) <br>　) <br> U.S. FOODSERVICE, INC. and ) <br> U.S. FOODSERVICE, INC. - ) <br> MONTGOMERY DIVISION, ) <br>　) <br>　Defendants. ) | CIVIL ACTION NO.: <br> 2:06cv785-MHT |

## DEFENDANT'S RESPONSE TO
## PLAINTIFFS' MOTION TO COMPEL

Defendant U.S. Foodservice, Inc. responds to plaintiffs' Motion to Compel as follows:

1. The undersigned has been talking with plaintiffs' counsel since approximately March 2006 (before this lawsuit was filed) regarding attempting to mediate all claims. Plaintiffs' counsel expressed interest in mediation, and they even discussed selecting Fern Singer as mediator. Defense counsel explained to plaintiffs' counsel that responding to paper discovery for plaintiffs would be time-consuming and expensive and suggested mediation prior to responding to discovery. (See, e.g., emails in January 2007, attached as Exhibit A).

2. After receiving plaintiffs' counsel's letter dated March 15, 2007, defense counsel again contacted plaintiffs' counsel regarding whether they were interested in mediation and again discussed postponing discovery until after the parties tried to mediate. Plaintiffs' counsel informed defense counsel that they were still checking with their clients.

3. In approximately April 2007, plaintiffs' counsel informed defense counsel that only some of the plaintiffs were interested in mediation and wanted to know if defendant was still interested in mediation if it would involve fewer than all plaintiffs. (See Exhibit B)

4. The undersigned then received the letter dated May 3, 2007, from plaintiffs' counsel, which was very confusing since defense counsel had not received the April 12, 2007, letter referenced. (See Exhibit C – the fax confirmation sheet produced by plaintiffs' counsel showed the fax line was busy and did not transmit.)

5. On May 7, 2007, defense counsel called and emailed to explain they were still under the assumption that some plaintiffs were still interested in mediation, and that if not, defendant would request a reasonable time to respond to discovery requests. (See Exhibit B)

6. On May 11, 2007, the undersigned resigned from Constangy, Brooks & Smith and is now with the Alabama office of Jackson Lewis. Defendant

requested in writing that Constangy, Brooks & Smith transfer all paper and electronic files to the undersigned at Jackson Lewis. However, as explained to plaintiffs' counsel, despite several attempts to obtain all the electronic information, which is needed to respond to the discovery requests, all information has not yet been transferred.[1]

Thus, defendant disagrees with the characterization by plaintiffs that discovery requests have been ignored. Rather, the delay has been due to determining whether plaintiffs were interested in mediation, a faxed letter not received by defense counsel, and technological glitches in transferring electronic information when the undersigned changed firms. As the undersigned still does not have the electronic information, and there are at least seven sets of discovery, defendant respectfully requests at least thirty (30) days to respond to the discovery requests.

---

[1] The undersigned is not insinuating that Constangy, Brooks & Smith is intentionally trying to withhold information. Rather, the glitch appears to be due to a change in computer systems within Constangy, and some information was stored on the old system and some is on the new system, and there appears to be some technical difficulty in capturing all the electronic information.

Respectfully submitted,

*s/ Tammy L. Baker*
Tammy L. Baker (ASB-9522-B62T)
E-Mail: BakerT@jacksonlewis.com
JACKSON LEWIS LLP
2001 Park Place North
Suite 650
Birmingham, Alabama 35203
Phone: (205) 332-3106
Fax: (205) 332-3131

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on June 22, 2007, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

Jon C. Goldfarb, Esq.
Maury S. Weiner, Esq.
Ethan R. Dettling, Esq.
Melissa N. Tapp, Esq.
Wiggins, Childs, Quinn & Pantazis, LLC
301 19th Street North
Birmingham, AL 35203

*/s/ Tammy L. Baker*
Counsel of Record

# EXHIBIT A

**From:** Maury S. Weiner [mailto:MWeiner@wcqp.com]
**Sent:** Wednesday, January 17, 2007 2:05 PM
**To:** Baker, Tammy
**Cc:** Jon Goldfarb
**Subject:** US Foodservice

Tammy,

I will talk to Jon about mediation and get back to you by Friday or Monday. Jon is out of the office for a couple of days. Maury

Maury S. Weiner
Wiggins, Childs, Quinn & Pantazis LLC.
The Kress Building
301 19th St. N
Birmingham, AL. 35203
DL (205) 314-0590
Fax (205) 254-1500

The information contained in this message is ATTORNEY-PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the individual recipient or the entity named above and is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If the reader of this message is not the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication is error, please immediately notify us by telephone (205-314-0590) and return the original message to us at the above address via the U. S. Postal Service. Thank you.

**CONFIDENTIALITY NOTICE**
This information contained in this e-mail transmittal is privileged and confidential, intended for the addressee only.
If you are neither the intended recipient nor the employee or agent responsible for delivering this e-mail to the
intended recipient, any disclosure of this information in any way or taking of any action in reliance on this information is strictly prohibited. If you have received this e-mail in error, please notify the person transmitting
the information immediately.

---

**From:** Baker, Tammy [mailto:tbaker@constangy.com]
**Sent:** Wednesday, January 24, 2007 9:49 AM
**To:** Maury S. Weiner
**Cc:** Jon Goldfarb
**Subject:** RE: US Foodservice

Maury,

Any word on whether plaintiffs are interested in early mediation? I think this case has the best chance of resolution before either side spends a lot of time and money.

Thanks,

Tammy

Tammy L. Baker
Constangy, Brooks & Smith, LLC
*The Employer's Law Firm, Since 1946*
1819 Fifth Avenue North
Suite 900, One Federal Place
Birmingham, Alabama  35203
(205) 226-5466 - Direct
(205) 515-2313 - Cell
(205) 323-7674 - Fax
www.constangy.com

---

**From:** Jon Goldfarb [mailto:JGoldfarb@wcqp.com]
**Sent:** Wednesday, January 24, 2007 10:06 AM
**To:** Baker, Tammy
**Cc:** Maury S. Weiner; Ethan R. Dettling
**Subject:** RE: US Foodservice

Tammy:

We are interested; however, as I have told you, our plaintiffs have very high expectations. Without any discovery, I will have trouble telling the weaknesses in their cases, assuming there are any (just kidding). It would be a great help if we could get good discovery responses, which would allow me to tell the plaintiffs why they need to take less money than they claim they are owed. Armed with such information, I will have a far better chance of making the mediation succeed. What are your thoughts?

Thanks

Jon

---

Baker, Tammy
**Sent:** Wednesday, January 24, 2007 11:03 AM
**To:** 'Jon Goldfarb'
**Cc:** Maury S. Weiner; Ethan R. Dettling
**Subject:** RE: US Foodservice

Jon,

If you don't have our responses to the EEOC on each charge, I will be happy to provide those to you quickly. I believe those substantive responses should give you and/or your clients the information they need to assess their claims. As you know, responding to paper discovery is time-consuming and expensive. We would prefer to attempt mediation as quickly as possible and before spending all the time required in responding to discovery. I would propose that we try to get a three-day block from a mediator (I seem to remember that we previously talked about using

Fern Singer?) and then try to spend half a day on each plaintiff. I do recall our conversation that Rita Sterling may have inflated plaintiffs' expectations; I'm not sure anything other than mediation with a good, strong mediator can change that. We're ready to go to mediation as soon as we can get dates.

Thanks,
Tammy


Tammy L. Baker
Constangy, Brooks & Smith, LLC
*The Employer's Law Firm, Since 1946*
1819 Fifth Avenue North
Suite 900, One Federal Place
Birmingham, Alabama  35203
(205) 226-5466 - Direct
(205) 515-2313 - Cell
(205) 323-7674 - Fax
www.constangy.com

# EXHIBIT B

**From:** Baker, Tammy
**Sent:** Monday, May 07, 2007 4:48 PM
**To:** Maury S. Weiner
**Subject:** Fluker, et al. v USFoodservice

Maury,

As I left in my voice message a few minutes ago, I just got back into town and saw your letter dated May 3, 2007. I disagree with the characterization of our last conversation. My recollection is that you told me that only some plaintiffs were interested in pursuing mediation. You asked me to find out whether we were interested in attempting to mediate if only some plaintiffs would participate. I have left you a voice message regarding that. We have been asking since before the lawsuit was filed whether plaintiffs were interested in mediation and had agreed to delay discovery in the hopes of resolving these claims before either side spent much time or money. However, we have never been informed that none of the plaintiffs are interested in attempting to resolve their claims. If none of the plaintiffs are interested in mediation, please let me know that. At that time, I would request a reasonable amount of time to respond to the discovery requests.

Please feel free to call me to discuss.

Thanks,
Tammy

Tammy L. Baker
Constangy, Brooks & Smith, LLC
*The Employer's Law Firm, Since 1946*
1819 Fifth Avenue North
Suite 900, One Federal Place
Birmingham, Alabama 35203
(205) 226-5466 - Direct
(205) 515-2313 - Cell
(205) 323-7674 - Fax
www.constangy.com

# EXHIBIT C

**From:** Maury S. Weiner [mailto:MWeiner@wcqp.com]
**Sent:** Monday, May 07, 2007 4:00 PM
**To:** Baker, Tammy
**Cc:** Jon Goldfarb
**Subject:** US FOODSERVICE

Tammy,

I am attaching a copy of the letter that I faxed and mailed to you on April 12, 2007.

Maury

```
**************************
***  ERROR TX REPORT  ***
**************************

TX FUNCTION WAS NOT COMPLETED

TX/RX NO              0318
RECIPIENT ADDRESS     3237674
DESTINATION ID
ST. TIME              04/12 17:41
TIME USE              00'00
PAGES SENT            0
RESULT                NG        #0018 BUSY/NO SIGNAL
```

LAW OFFICES

# WIGGINS, CHILDS, QUINN & PANTAZIS

A LIMITED LIABILITY COMPANY

ROBERT L. WIGGINS, JR.
ROBERT F. CHILDS, JR.
C. MICHAEL QUINN
DENNIS G. PANTAZIS
TERRILL W. SANDERS
RICHARD J. EBBINGHOUSE
ANN K. WIGGINS
SAMUEL FISHER
ANN C. ROBERTSON
JOSEPH H. CALVIN, III
DEBORAH A. MATTISON
TIMOTHY B. FLEMING*
JON C. GOLDFARB
GREGORY O. WIGGINS
ROCCO CALAMUSA, JR.
BRIAN M. CLARK
RUSSELL W. ADAMS
CRAIG L. LOWELL

LOUIS SILBERMAN 1889-1976

WILBUR G. SILBERMAN 1919-2003

THE KRESS BUILDING
THREE HUNDRED ONE • NINETEENTH STREET NORTH
BIRMINGHAM, ALABAMA 35203
205-314-0500
205-254-1500 (FAX)

MAURY S. WEINER
EDWARD McF. JOHNSON
*LORI B. KISCH
*ERIC BACHMAN
HERMAN N. JOHNSON, JR.
TEMPLE D. TRUEBLOOD
H. WALLACE BLIZZARD
KEVIN W. JENT
JENNIFER WIGGINS SMITH
MINTREL D. MARTIN
SUSAN DONAHUE
JOSHUA D. WILSON
*KEIR BICKERSTAFFE
TONI BRAXTON
*JULIENE JAMES
ETHAN R. DETTLING

CANDIS A. McGOWAN
OF COUNSEL
*Not Licensed in Alabama

April 12, 2007

**Via U.S. Mail & Facsimile (205) 323-7674**
Tammy L. Baker, Esq.
CONSTANGY, BROOKS & SMITH LLC
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama 35203

    RE:    Calvin Fluker, et al., v U.S. Foodservice, Inc., et al.
             Civil Action No.: 2:06-cv-785-MHT
             C/M No.: 15524-1

Dear Tammy:

    I am writing to inform you that the plaintiffs are not interested in pursuing mediation with the condition that they leave their employment. As the plaintiffs who are current employees are solid performers and have never been disruptive, there is simply no reason that the defendant require the plaintiff's to resign in order to settle this case. However, since that is the defendant's position, discovery

**From:** Baker, Tammy
**Sent:** Monday, May 07, 2007 5:26 PM
**To:** Maury S. Weiner
**Cc:** Jon Goldfarb
**Subject:** RE: US FOODSERVICE

Maury,

We keep a log of all incoming mail and faxes, and I just double-checked the log for every single day in April. We did not receive this letter -- either via fax or regular mail any time in April. I also checked with my assistant, and she confirmed that we did not receive this letter.

Therefore, I am just now finding out that none of the plaintiffs are interested in mediation (contrary to earlier conversations). Thus, I am requesting three weeks to respond to the numerous requests. In addition, please give me dates when I can depose plaintiffs. Of course, I will not depose them until you have your responses.

Thanks,
Tammy

Tammy L. Baker
Constangy, Brooks & Smith, LLC
*The Employer's Law Firm, Since 1946*
1819 Fifth Avenue North
Suite 900, One Federal Place
Birmingham, Alabama 35203
(205) 226-5466 - Direct
(205) 515-2313 - Cell
(205) 323-7674 - Fax
www.constangy.com

| | |
|---|---|
| From: | Baker, Tammy |
| Sent: | Thursday, May 10, 2007 4:12 PM |
| To: | 'MWeiner@wcqp.com' |
| Subject: | Re: IKON DocSend files for you |

I am out of town, but my assistant informed me that your confirmation sheet says that the job did not complete because the line was busy.

Tammy L. Baker
Constangy, Brooks & Smith, LLC
The Employer's Law Firm, Since 1946
1819 Fifth Avenue North
Suite 900, One Federal Place
Birmingham, Alabama  35203
(205) 226-5466 - Direct
(205) 515-2313 - Cell
(205) 323-7674 - Fax
www.constangy.com