**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, CALVIN FLUKER, LISA PITCHFORD, KIMBERLY LOVE,** )<br>)<br>)<br>)<br>) | **CIVIL ACTION NO.:<br>2:06cv785-MHT** |
| **PLAINTIFFS,** )<br>) | **JURY DEMAND** |
| V. )<br>) | |
| **U.S. FOODSERVICE, INC. and U.S. FOODSERVICE, INC. - MONTGOMERY DIVISION,** )<br>)<br>)<br>) | |
| **DEFENDANTS.** ) | |

**PLAINTIFFS' REPLY TO DEFENDANT'S
RESPONSE TO MOTION TO COMPEL**

**COME NOW**, Plaintiffs, by and through counsel, and files this reply to Defendant, U.S. Food Service, Inc.'s, response to Plaintiffs' Motion to Compel as follows:

1.   Defendant's reply to Plaintiffs' Motion to Compel asserts it failed to respond to discovery because

it chose to try to Mediate as opposed to producing discovery. Defendant's response tries to paint Plaintiffs as being unwilling to mediate. However, Defendant failed to

1

inform this Court that Defendant demanded Plaintiffs resign their employment as a condition of mediation. Plaintiffs made it clear to Defendant many months ago that they were not willing to give up their employment to settle their claims.[1] Plaintiffs have <u>never</u> agreed to allow Defendant to delay responding to their discovery requests in order to mediate this case, and Defendant has pointed to no evidence showing such an agreement.

2.     To this date, over five months after Plaintiffs sent discovery to Defendant, Plaintiffs have received no responses to their discovery requests. Plaintiffs' counsel has been extraordinarily patient with Defense Counsel, but that patience has been at the expense of the prosecution of Plaintiffs' claims. To continue to allow Defendant to delay is extremely prejudicial to Plaintiffs.

3.     Defendant concludes its Motion stating that "defendant respectfully requests at least thirty (30) days to respond to the discovery requests." Given the fact that Defendant has no legitimate excuse for failing to respond to Plaintiffs' discovery requests and that Defendant has had more than an abundant amount of time to respond, Plaintiffs respectfully moves this Court to Order Defendant to immediately

---

[1] In its Response, Defendant states that it has been talking with Plaintiffs' counsel since March 2006. To the contrary and as shown by Defendant's own exhibits attached to its Response, the Parties have been talking about Mediation since January 2007, and Plaintiffs have been asking for discovery responses since that time. (See EX A to Defendant's Response to Motion to Compel.)

provide full and complete responses.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Honorable Court enter an Order compelling Defendant provide full and complete responses to all of Plaintiffs' outstanding discovery on or before July 2, 2007.

                Respectfully submitted,

                s/Jon. C. Goldfarb
                Jon C. Goldfarb (GOL015)
                Ethan R. Dettling (DET001)
                Melissa N. Tapp (TAP005)
                Counsel for Plaintiffs

**OF COUNSEL:**

Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have filed a true and correct copy of the above and foregoing document the Clerk of Court using the CM/ECF system which will electronically notify the following counsel of record:

Tammy L. Baker, Esq.,
Jackson Lewis, LLP
2001 Park Place North, Suite 650
Birmingham, AL 35203

on this the  25th  day of June , 2007.

                                                 s/Jon C. Goldfarb
                                                 OF COUNSEL