IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV785-MHT |
| | ) |
| U.S. FOODSERVICE, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of Plaintiffs' Motion to Compel (Doc. #36), filed on June 19, 2007, and Defendants' Response in Opposition to the motion (Doc. #40), it is

ORDERED that the motion (Doc. #36) is GRANTED. Defendants shall produce Plaintiffs' requested information and documents in response to Plaintiffs' First Discovery Requests **on or before July 10, 2007**.

DONE this 25th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE