# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, RICARDO WRIGHT, BERYL JACKSON, TRACY MARTIN, LISA PITCHFORD, KIMBERLY LOVE, ) ) ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION NO.: 2:06cv785-MHT |
| v. ) ) | |
| U.S. FOODSERVICE, INC. and U.S. FOODSERVICE, INC. - MONTGOMERY DIVISION, ) ) ) ) | |
| Defendants. ) | **UNOPPOSED** |

## MOTION TO EXTEND
## DEFENDANT'S RESPONSE TO DISCOVERY

Defendant U.S. Foodservice, Inc. moves the court for an extension to serve its responses to plaintiffs' Interrogatories and Requests for Production of Documents. As grounds for this motion, defendant states as follows:

1. Plaintiffs' counsel has been contacted and does not oppose this extension.

2. Plaintiffs filed a Motion to Compel responses to discovery on June 19, 2007. Defendant filed its opposition to the Motion on June 22, 2007, and on the same date the Court issued an Order granting plaintiff's Motion and ordering defendant to respond to the discovery requests by July 10, 2007.

2

3.      When the Order was received, defendant's counsel was out of town on business.  In addition, several employees of defendant were on vacation the week of July 4th, which delayed gathering documents and information responsive to plaintiffs' requests.

4.      Defendant therefore requests until noon on Monday, July 16, 2007 to respond to discovery.

                                    Respectfully submitted,

*s/ Tammy L. Baker*
Tammy L. Baker (ASB-9522-B62T)
E-Mail:  BakerT@jacksonlewis.com
JACKSON LEWIS LLP
2001 Park Place North
Suite 650
Birmingham, Alabama 35203
Phone:  (205) 332-3106
Fax:  (205) 332-3131

**COUNSEL FOR DEFENDANT**

2

# **CERTIFICATE OF SERVICE**

      This is to certify that on July 10, 2007, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

> Jon C. Goldfarb, Esq.
> Maury S. Weiner, Esq.
> Ethan R. Dettling, Esq.
> Melissa N. Tapp, Esq.
> Wiggins, Childs, Quinn & Pantazis, LLC
> 301 19th Street North
> Birmingham, AL 35203

                                       /s/ Tammy L. Baker
                                       Counsel of Record