IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV785-MHT |
| | ) |
| U.S. FOODSERVICE, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of Defendant's unopposed Motion for Extension to Respond to Discovery (Doc. #43), filed on July 10, 2007, and for good cause, it is

ORDERED that the motion (Doc. #43) is GRANTED. Defendant shall serve their Responses to Plaintiffs' Interrogatories and Requests for Production of Documents **on or before noon on July 16, 2007**.

DONE this 10th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE