IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, LISA PITCHFORD, KIMBERLY LOVE,<br><br>PLAINTIFFS,<br><br>v.<br><br>U.S. FOODSERVICE, INC. and U.S. FOODSERVICE, INC. - MONTGOMERY DIVISION,<br><br>Defendants. | CIVIL ACTION NO.:<br><br>2:06cv785-MHT |

## CORPORATE DISCLOSURE/CONFLICT STATEMENT BY PLAINTIFFS CALVIN FLUKER, RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, LISA PITCHFORD, KIM LOVE, AND RESHANDA BROWN

COME NOW, the plaintiffs, by and through undersigned counsel of record, and file this Corporate Disclosure/Conflict Statement in accordance with this Court's STANDING ORDER dated June 12, 2007. Each plaintiff states as follows:

1. CALVIN FLUKER is an individual and has no reportable relationships.

2. RICARDO WRIGHT is an individual and has no reportable relationships.

3. BERYL JACKSON is an individual and has no reportable relationships.

4. TRACEY MARTIN is an individual and has no reportable relationships.

5. LISA PITCHFORD is an individual and has no reportable relationships.

6. KIM LOVE is an individual and has no reportable relationships.

7. RESHANDA BROWN is an individual and has no reportable relationships.

Respectfully submitted,

s/ Ethan R. Dettling
Jon C. Goldfarb
Ethan R. Dettling
Counsel for Plaintiff

**OF COUNSEL:**

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 29th day of November, 2007, that I have filed a true and correct copy of the above and foregoing document the Clerk of Court using the CM/ECF system which will electronically notify the following counsel of record:

Tammy L. Baker, Esq.,
Jackson Lewis, LLP
2001 Park Place North, Suite 650
Birmingham, AL 35203
Telephone No.: (205) 332-3106
Facsimile No.: (205) 332-3131

s/ Ethan R. Dettling
OF COUNSEL

2