## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, LISA PITCHFORD, KIMBERLY LOVE, )))))) | |
| Plaintiffs, ) | |
| v. ) ) | CIVIL ACTION NO.: 2:06cv785-MHT |
| U.S. FOODSERVICE, INC. and U.S. FOODSERVICE, INC. - MONTGOMERY DIVISION, )))) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that the Birmingham office of Jackson Lewis, LLP has moved.

Please forward copies of all pleadings, correspondence, etc. to Tammy Baker at the following address:

> First Commercial Bank Building
> 800 Shades Creek Parkway
> Suite 870
> Birmingham, Alabama  35209
> Phone:  (205) 332-3106
> Fax:  (205) 332-3131

Respectfully submitted,

s/ Tammy L. Baker
Tammy L. Baker (ASB-9522-B62T)
E-Mail: BakerT@jacksonlewis.com
JACKSON LEWIS LLP
First Commercial Bank Building
800 Shades Creek Parkway
Suite 870
Birmingham, Alabama 35209
Phone: (205) 332-3106
Fax: (205) 332-3131

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on November 29, 2007, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

Jon C. Goldfarb, Esq.
Maury S. Weiner, Esq.
Ethan R. Dettling, Esq.
Wiggins, Childs, Quinn & Pantazis, LLC
301 19th Street North
Birmingham, AL 35203

/s/ Tammy L. Baker
Counsel of Record

2