IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, RICARDO WRIGHT, ) <br> BERYL JACKSON, TRACEY MARTIN, ) <br> LISA PITCHFORD, KIMBERLY LOVE, ) <br> RESHANDA BROWN, ) <br> ) <br> **PLAINTIFFS,** ) <br> ) <br> v. ) <br> ) <br> U.S. FOODSERVICE, INC. and U.S. ) <br> FOODSERVICE, INC. - ) <br> MONTGOMERY DIVISION, ) <br> ) <br> **Defendants.** ) <br> ) <br> ) | CIVIL ACTION NO.: <br><br> 2:06cv785-MHT |

### JOINT MOTION TO EXTEND DEADLINES

COME NOW, the parties, by and through the undersigned counsel of record, and jointly move this Honorable Court for the entry of an Order extending certain deadlines for good cause shown. In support of this motion, the parties state as follows:

1.  This is a complex multi-party employment discrimination case. In addition to having seven Plaintiffs, this case is further complicated by allegations that several Plaintiffs have been subjected to disparate treatment with respect to sales commissions, territory assignments, and/or account assignments. These issues require discovery on matters beyond those typically implicated in employment discrimination lawsuits.

2.  Even prior to filing the Complaint, counsel several times discussed the possibility of mediating their disputes but the parties could not agree to mediate.

1

3. The parties have diligently pursued discovery and, as a result, all of the Plaintiffs have been deposed. A substantial amount of written discovery has also been completed.

4. Following the Plaintiffs' depositions, the parties scheduled a week of depositions of the Defendant's employees to take place the week of November 5, 2007. Counsel renewed discussions about mediation and agreed to postpone these depositions to attempt mediation. The depositions were rescheduled for the week of December 10, 2007.

5. Counsel explained the benefits of mediation with their respective clients to determine whether mediation is a feasible alternative to continuing discovery. Counsel encountered resistance to mediation until all parties understood the great expense of continuing discovery and motion practice, and the risks associated with continuing litigation.

6. Not until December 5, 2007 were counsel for the parties able to secure all parties' agreement to mediate this case. The same date, the parties selected the Honorable Kenneth O. Simon to serve as mediator and immediately contacted his office to schedule mediation. December 17, 2007 is the only date in December that was possible for all seven plaintiffs, the Defendant's out-of-state corporate representative, all counsel, and the mediator.

7. The parties wish to mediate, but proceeding with the depositions as currently scheduled is wholly inconsistent with the purposes of mediation in this case. An extension of the deadlines for completion of discovery and dispositive motions will provide the parties with the best, and perhaps only, opportunity to resolve this matter among themselves.

8. The requested extension should not interfere with this Court's trial calendar, and the requested extension is in the interests of justice.

9. For good cause shown, the parties respectfully request a sixty day extension of

the deadlines for both discovery completion and dispositive motions. Discovery is currently scheduled to end on January 18, 2008 and dispositive motions are currently due February 18, 2008. The parties request an extension of this length because the Plaintiff's lead counsel has a jury trial beginning January 28, 2008 and Defendant's counsel has a jury trial scheduled to begin February 5, 2008.

WHEREFORE, premises considered, the parties respectfully request the entry of an Order extending, by sixty days, the deadlines for the completion of discovery and the filing of dispositive motions.

                Respectfully submitted,

                s/Ethan R. Dettling
                Jon C. Goldfarb
                Ethan R. Dettling
                Counsel for Plaintiffs

**OF COUNSEL:**

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

                s/Tammy L. Baker
                Tammy L. Baker, Esq.
                Counsel for Defendant

**OF COUNSEL:**

Jackson Lewis, LLP
First Commercial Bank Building
800 Shade Creek Parkway Suite 870
Birmingham, Alabama 35209
Telephone No.: (205) 332-3106
Facsimile No.: (205) 332-3131