IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CALVIN FLUKER, et al,              )
                                   )
    Plaintiffs,                )
                                   )        CIVIL ACTION NO.
    v.                         )         2:06cv785-MHT
                                   )
U.S. FOODSERVICE, INC.,            )
and U.S. FOODSERVICE, INC.-        )
Montgomery Division,               )
                                   )
    Defendants.                )

ORDER

It is ORDERED that the joint motion to extend deadlines (Doc. No. 56) is granted as requested.

DONE, this the 7th day of December, 2007.


       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE