IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV785-MHT |
| | ) |
| U.S. FOODSERVICE, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

# ORDER

Upon consideration of Plaintiff Calvin Fluker's Motion to Quash and/or Modify Subpoena (Doc. #58), it is

ORDERED that Defendants shall file a response to the motion (Doc. #58) on or before February 5, 2008.

DONE this 22nd day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE