# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN FLUKER, RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, KIMBERLY LOVE, and RESHANDA BROWN, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 2:06cv785-MHT |
| U.S. FOODSERVICE, INC. and U.S. FOODSERVICE, INC. - MONTGOMERY DIVISION, | ) ) ) ) ) | |
| Defendants. | ) | **UNOPPOSED** |

## MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION TO QUASH AND/OR MODIFY SUBPOENA

Defendant U.S. Foodservice, Inc. (hereinafter referred to as "U.S. Foodservice" or "Defendant") hereby moves this Court to grant Defendant a seven-day extension for filing Defendant's response to Plaintiff's Motion to Quash and/or Modify Subpoena (Doc. #58). Defendant states the following in support of its Motion:

1. Defendant served a non-party subpoena on Glover/Auten Food Service on December 6, 2007.

2. On January 22, 2008, Plaintiff, Calvin Fluker, filed a Motion to Quash and/or Modify Subpoena.

3. This Court issued an Order on January 22, 2008, requiring Defendant to file a response to Plaintiff's Motion to Quash and/or Modify Subpoena on or before February 5, 2008.

4. The parties are currently involved in substantial settlement negotiations and have a good faith belief that some, if not all, of the plaintiffs' claims may be settled. If some or all of the plaintiffs' claims are settled, the subject subpoena may no longer be required, rendering the Motion to Quash and/or Modify Subpoena moot.

5. Counsel for Plaintiff does not oppose a seven-day extension for Defendant to file its Response to the Motion to Quash and/or Modify Subpoena.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting Defendant a seven-day extension to submit Defendant's response to Plaintiff's Motion to Quash and/or Modify.

    Respectfully submitted,

    *s/ Tammy L. Baker*
    Tammy L. Baker (ASB-9522-B62T)
    E-Mail: BakerT@jacksonlewis.com
    JACKSON LEWIS LLP
    First Commercial Bank Building
    800 Shades Creek Parkway, Suite 870
    Birmingham, Alabama 35209
    Phone: (205) 332-3106
    Fax: (205) 332-3131

    **COUNSEL FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

This is to certify that on January 30, 2008, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

>Jon C. Goldfarb, Esq.
>Ethan R. Dettling, Esq.
>Wiggins, Childs, Quinn & Pantazis, LLC
>301 19th Street North
>Birmingham, AL 35203

>_/s/ Tammy L. Baker_
>Counsel of Record