IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, LISA PITCHFORD, KIMBERLY LOVE, RESHANDA BROWN, <br><br>    PLAINTIFFS, <br><br> v. <br><br> U.S. FOODSERVICE, INC. and U.S. FOODSERVICE, INC. - MONTGOMERY DIVISION, <br><br>    Defendants. | CIVIL ACTION NO.: <br><br> 2:06cv785-MHT |

**NOTICE OF FILING RULE 68 OFFER OF JUDGMENT AND ACCEPTANCE**

COMES NOW the plaintiff, Ricardo Wright, by and through his attorney, and hereby gives notice of filing the defendant's attached Rule 68 Offer of Judgment in the amount of $40,000.00, inclusive of attorneys' fees and all costs and expenses accrued. The Plaintiff accepts the defendant's offer of judgment.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests that this Honorable Court enter judgment in this cause in favor of

1

Plaintiff Ricardo Wright and against the Defendant U.S. Foodservice, Inc. in the amount of forty thousand dollars ($40,000.00).

                Respectfully submitted,

                s/ Ethan R. Dettling
                Jon C. Goldfarb
                Ethan R. Dettling
                Counsel for Plaintiff

**OF COUNSEL:**
**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

I do hereby certify that I have on February 4, 2008, filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tammy L. Baker, Esq.
Jackson Lewis, LLP
First Commercial Bank Building
800 Shades Creek Parkway Suite 870
Birmingham, Alabama 35209
Facsimile No.: (205)332-3131

                s/Ethan R. Dettling
                OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, CALVIN FLUKER, KIMBERLY LOVE, RESHANDA BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOODSERVICE, INC. and U.S. FOODSERVICE, INC. - MONTGOMERY DIVISION,<br><br>Defendants. | CIVIL ACTION NO.:<br>2:06cv785-MHT |

## OFFER OF JUDGMENT TO RICARDO WRIGHT

Defendant U.S. Foodservice, Inc.[1], ("Defendant"), pursuant to Fed. R. Civ. P. 68, offers to allow judgment to be taken against it as follows:

As to Plaintiff Ricardo Wright's claims in the amount of $40,000,[2] such amount to be considered inclusive of any claim for reasonable attorneys' fees awarded by statute or otherwise and any claim for fees or costs accrued to date that might be recoverable against Defendant in this action.

---

[1] Plaintiffs also named "U.S. Foodservice, Inc. – Montgomery Division" as a defendant. However, no such legal entity exists.
[2] Defendant will deduct the necessary tax withholdings and deductions from at least 35 percent of Wright's proceeds.

Wright may accept this offer by written notice within ten (10) days after the service of the offer. If this offer is not accepted and the judgment finally obtained by Wright, if any, is not more favorable than the offer, Wright must pay the costs, including attorneys' fees, incurred by Defendant after the making of this offer.

Dated this 24th day of January, 2008.

                                              Tammy L. Baker, ASB-9522-B62T
                                              **Jackson Lewis, LLP**
                                              800 Shades Creek Parkway
                                              Suite 870
                                              Birmingham, Alabama 35209
                                              Phone: (205) 332-3106

                                              **ATTORNEY FOR DEFENDANT**
                                              **U.S. FOODSERVICE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2008, I served the counsel of record with the foregoing Offer of Judgment via hand-delivery to the following:

                Jon C. Goldfarb, Esq.
                Maury S. Weiner, Esq.
                Ethan R. Dettling, Esq.
                Wiggins, Childs, Quinn & Pantazis, LLC
                301 19th Street North
                Birmingham, AL 35203

                                              Counsel of Record