# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **CALVIN FLUKER, RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, LISA PITCHFORD, KIMBERLY LOVE, RESHANDA BROWN,** )<br>)<br>)<br>)<br>)<br>)<br>) | |
| **PLAINTIFFS,** ) | **CIVIL ACTION NO.:** |
| ) | **2:06cv785-MHT** |
| v. )<br>) | |
| **U.S. FOODSERVICE, INC. and U.S. FOODSERVICE, INC. - MONTGOMERY DIVISION,** )<br>)<br>)<br>) | |
| **Defendants.** )<br>) | |

## MOTION FOR RETRACTION OF DOCUMENT NUMBER 63

COME NOW, Plaintiff, Ricardo Wright by and through his counsel of record and files this motion for retraction of document number 63. In support thereof, Plaintiff states as follows:

Plaintiff, Ricardo Wright does not accept Defendant's Offer of Judgment and document number 63 was erroneously filed.

Plaintiff has contacted counsel for Defendant and informed them of the error. Defendant will not be prejudiced by and has no objection to document

1

63 being retracted from the record.

WHEREFORE, PREMISES CONSIDERED Plaintiff request that this honorable court enter an order granting it motion for retraction of document 63 from the record.

                            Respectfully submitted,

                            s/ Ethan R. Dettling
                            Jon C. Goldfarb
                            Ethan R. Dettling
                            Counsel for Plaintiff

**OF COUNSEL:**

**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on February 4, 2008, filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tammy L. Baker, Esq.
Jackson Lewis, LLP
First Commercial Bank Building
800 Shades Creek Parkway Suite 870
Birmingham, Alabama 35209
Facsimile No.: (205)332-3131

                                              s/Ethan R. Dettling
                                              OF COUNSEL