IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, LISA PITCHFORD, KIMBERLY LOVE, RESHANDA BROWN,<br><br>PLAINTIFFS,<br><br>v.<br><br>U.S. FOODSERVICE, INC. and U.S. FOODSERVICE, INC. - MONTGOMERY DIVISION,<br><br>Defendants. | CIVIL ACTION NO.:<br><br>2:06cv785-MHT |

**MOTION TO WITHDRAW MOTION FOR RETRACTION OF DOCUMENT NUMBER 63**

COME NOW, Plaintiff, Ricardo Wright by and through his counsel of record and files this a motion to withdraw the motion for retraction of document number 63. In support thereof, Plaintiff states as follows:

Plaintiff, Ricardo Wright decided to accept the Defendant's Offer of Judgment and therefore the motion for retraction of document number 63 should be withdrawn.

Plaintiff has contacted counsel for Defendant and informed them of the

1

error.  Defendant will not be prejudiced by and has no objection to document 63 being retracted from the record.

WHEREFORE, PREMISES CONSIDERED Plaintiff request that this honorable court enter an order granting it motion to withdraw the motion for retraction of document 63 from the record.

    Respectfully submitted,

    s/ Ethan R. Dettling
    Jon C. Goldfarb
    Ethan R. Dettling
    Counsel for Plaintiff

**OF COUNSEL:**

**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on February 5, 2008, filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tammy L. Baker, Esq.
Jackson Lewis, LLP
First Commercial Bank Building
800 Shades Creek Parkway Suite 870
Birmingham, Alabama 35209
Facsimile No.: (205)332-3131

                                                s/Ethan R. Dettling
                                                OF COUNSEL