IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RICARDO WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv785-MHT |
| | ) | |
| U.S. FOODSERVICE, INC., | ) | |
| and U.S. FOODSERVICE, INC.- | ) | |
| Montgomery Division, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Counsel for defendants having orally informed the court that defendants do not object, it is ORDERED as follows:

(1) Plaintiff Ricardo Wright's motion for retraction (Doc. No. 64) is granted.

(2) Plaintiff Wright's document (Doc. No. 63) is retracted.

DONE, this the 6th day of February, 2008.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE