IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RICARDO WRIGHT, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>U.S. FOODSERVICE, INC., )<br>and U.S. FOODSERVICE, INC.- )<br>Montgomery Division, )<br>)<br>  Defendants. ) | CIVIL ACTION NO.<br>2:06cv785-MHT |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 68) is denied as moot.

DONE, this the 7th day of February, 2008.

　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE