IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv785-MHT |
| | ) |
| U.S. FOODSERVICE, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTIONS

Based on the Judgment entered in this case favor of Plaintiff Calvin Fluker (Fluker) (Doc. #67), it is

ORDERED that Fluker's Motion to Quash and/or Modify Subpoena (Doc. #58) and Defendants' unopposed Motion to Extend Deadline to File Response to Fluker's Motion to Quash and/or Modify Subpoena (Doc. #60) are DENIED as MOOT.

DONE this 15th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE