IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERYL JACKSON, TRACEY MARTIN, ) <br> LISA PITCHFORD, KIMBERLY LOVE, ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> v. ) <br> ) <br> U.S. FOODSERVICE, INC. and U.S. ) <br> FOODSERVICE, INC. - ) <br> MONTGOMERY DIVISION, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO.: <br><br> 2:06cv785-MHT |

## MOTION TO WITHDRAW

**NOW COME,** the undersigned, Maury S. Weiner, to withdraw as counsel for Plaintiffs. In support of this Motion, Plaintiffs state as follows:

1. Attorney Maury S. Weiner is no longer with the law firm of Wiggins, Childs, Quinn & Pantazis, LLC.

2. Attorney Jon C. Goldfarb and the firm of Wiggins, Childs, Quinn & Pantazis, LLC will continue to represent Plaintiffs in this action.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs respectfully request that this Honorable Court allow Maury S. Weiner to withdraw from the instant action.

1

                    Respectfully submitted,

                    s/ Maury S. Weiner
                    Jon C. Goldfarb
                    Maury S. Weiner
                    Ethan R. Dettling
                    Counsel for Plaintiff

**OF COUNSEL:**

**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

     I do hereby certify that I have on February 20, 2008, filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tammy L. Baker, Esq.
Jackson Lewis, LLP
First Commercial Bank Building
800 Shades Creek Parkway Suite 870
Birmingham, Alabama 35209
Facsimile No.: (205)332-3131

                    s/Maury S. Weiner
                    OF COUNSEL