IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BERYL JACKSON, TRACEY ) <br> MARTIN, LISA PITCHFORD, ) <br> and KIMBERLY LOVE, ) <br> ) <br>    Plaintiffs, ) <br> ) <br>   v. ) <br> ) <br> U.S. FOODSERVICE, INC., ) <br> and U.S. FOODSERVICE, INC.- ) <br> Montgomery Division, ) <br> ) <br>    Defendants. ) | CIVIL ACTION NO. <br> 2:06cv785-MHT |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 73) is granted.

DONE, this the 4th day of March, 2008.

                                      /s/ Myron H. Thompson  
                             UNITED STATES DISTRICT JUDGE