IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 APR -2 A 10: 22

| | | |
|---|---|---|
| CALVIN FLUKER, RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, KIMBERLY LOVE and RESHANDA BROWN, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 2:06cv785-MHT |
| U.S. FOODSERVICE, INC. and U.S. FOODSERVICE, INC. - MONTGOMERY DIVISION, | ) ) ) ) | |
| Defendants. | ) | |

### MOTION FOR LEAVE TO FILE MOTION TO ENFORCE PLAINTIFF TRACEY MARTIN'S SETTLEMENT UNDER SEAL

Defendant U.S. Foodservice, Inc. moves the Court to allow it to file a Motion to Enforce Plaintiff Tracey Martin's ("Martin") Settlement Under Seal. In support of this motion, defendant states the following:

The parties in this case reached a confidential settlement. Although Martin's counsel settled this case within the authority given to them by their client, Martin has refused to execute the Settlement Agreement. In order to maintain the confidential terms of the settlement, defendant respectfully

requests that this Court enter an Order allowing defendant to file the Motion to Enforce Settlement and exhibits thereto under seal.

Respectfully submitted,

*[signature]*

Tammy L. Baker (ASB-9522-B62T)
E-Mail: BakerT@jacksonlewis.com
JACKSON LEWIS LLP
First Commercial Bank Building
800 Shades Creek Parkway
Suite 870
Birmingham, Alabama 35209
Phone: (205) 332-3106
Fax: (205) 332-3131

**COUNSEL FOR DEFENDANT**

### CERTIFICATE OF SERVICE

This is to certify that on April 1, 2008, a copy of the foregoing was submitted to counsel of record via U.S. Mail, postage prepaid, and addressed as follows:

> Jon C. Goldfarb, Esq.
> Ethan R. Dettling, Esq.
> Wiggins, Childs, Quinn & Pantazis, LLC
> 301 19th Street North
> Birmingham, AL 35203

*[signature]*
Counsel of Record