IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BERYL JACKSON, TRACEY         )
MARTIN, LISA PITCHFORD,       )
and KIMBERLY LOVE,            )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )      2:06cv785-MHT
                              )
U.S. FOODSERVICE, INC.,       )
and U.S. FOODSERVICE, INC.-   )
Montgomery Division,          )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the motion for leave to file motion under seal (Doc. No. 75) is granted.

DONE, this the 2nd day of April, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE