IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BERYL JACKSON, TRACEY        )
MARTIN, LISA PITCHFORD,      )
and KIMBERLY LOVE,           )
                             )
    Plaintiffs,              )
                             )   CIVIL ACTION NO.
    v.                       )    2:06cv785-MHT
                             )
U.S. FOODSERVICE, INC.,      )
and U.S. FOODSERVICE, INC.-  )
Montgomery Division,         )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion to enforce settlement and motion attorneys fees and costs (Doc. No. 77) are set for an evidentiary hearing on April 21, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

It is further ORDERED that plaintiff Tracey Martin is to file a response to the motion by no later than April 14, 2008.

DONE, this the 3rd day of April, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**