IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BERYL JACKSON, *et al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-785-MHT |
| | ) | |
| U.S. FOODSERVICE, INC., *et al.*, | ) | |
| | ) | |
|    Defendants. | ) | |

# ORDER

For good cause, it is

ORDERED that this case is set for an In-Chambers conference on 9 April 2008, at 10:00 a.m. in Suite 501-A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. It is further

ORDERED that the parties and their counsel shall attend the conference.

DONE this 3rd day of April, 2008.

                                                          /s/ Wallace Capel, Jr.
                                                          WALLACE CAPEL, JR.
                                                          UNITED STATES MAGISTRATE JUDGE