IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERYL JACKSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-785-MHT |
| ) | |
| U.S. FOODSERVICE, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

# ORDER

In light of the District Court's Judgment (Doc. #81) pursuant to the Joint Stipulation (Doc. #80) filed filed 3 April 2008, and the Joint Stipulation (Doc. #82) filed 8 April 2008, it is

ORDERED that the in chambers conference set for 9 April 2008, at 10:00 a.m. in Suite 501-A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge is CANCELLED. It is further

ORDERED that the undersigned's Order of 3 April 2008, (Doc. #79) is VACATED.

DONE this 8th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE