IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN FLUKER, RICARDO WRIGHT, BERYL JACKSON, TRACEY MARTIN, LISA PITCHFORD, KIMBERLY LOVE, RESHANDA BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOODSERVICE, INC. and U.S. FOODSERVICE, INC. - MONTGOMERY DIVISION,<br><br>Defendants. | CIVIL ACTION NO.:<br>2:06cv785-MHT |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Lisa Pitchford and defendant U.S. Foodservice, Inc. hereby stipulate that Pitchford's claims should be dismissed in their entirety with prejudice, with each party to bear their own fees and costs.

ATTORNEYS FOR PLAINTIFF
LISA PITCHFORD:

/s/ Jon C. Goldfarb
Jon C. Goldfarb
Ethan R. Dettling
Wiggins, Childs, Quinn & Pantazis
301 19th Street North
Birmingham, AL 35203
Phone: (205) 314-0500
Fax: (205) 254-1500

ATTORNEY FOR DEFENDANT
U.S. FOODSERVICE, INC.:

/s/ Tammy L. Baker
Tammy L. Baker
Jackson Lewis LLP
800 Shades Creek Parkway
Suite 870
Birmingham, Alabama 35209
Phone: (205) 332-3106
Fax: (205) 332-3131